**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* Robert P. Oristaglio, Jr., D.O., | § § § § | |
| *Plaintiff/Relator,* | § § | |
| v. | § § | Civil Action No. 4:22-CV-00133 |
| Community Care Health Network, Inc., d/b/a Matrix Medical Network; Frazier Healthcare Partners; ModivCare, Inc. f/k/a Providence Service Corporation; DPN USA, LLC d/b/a HealthFair; Shahriar "James" Ekbatani, Individually; and their Successors and Assigns, | § § § § § § § § § § | FILED UNDER SEAL |
| *Defendants*. | § | |

**THE UNITED STATES' NOTICE OF INTERVENTION IN PART FOR SETTLEMENT PURPOSES AND REQUEST FOR UNSEALING**

The United States, Relator Robert P. Oristaglio, Jr.,("Relator") and Defendants DPN USA, LLC doing business as HealthFair ("Healthfair") and Shahriar "James" Ekbatani have reached settlement agreements to partially resolve the *qui tam* allegations in this action. In light of these agreements, and for the purpose of effectuating and formalizing resolution, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in part for purposes of settlement.

Specifically, the United States intervenes in this action as to the Covered Conduct as that term is defined in the Settlement Agreements (1) between the United States, Relator, and HealthFair and (2) between the United States, Relator, and Ekbatani, and to the extent that the Complaint contains such claims. The United States declines to intervene in this action as to any other civil claims asserted on behalf of the United States in this action.

Pursuant to this Notice of Intervention, the United States respectfully asks the Court to

NOTICE OF INTERVENTION IN PART                                                                                      **Page 1**
AND DECLINATION IN PART FOR SETTLEMENT PURPOSES

unseal the Complaint (including any amendment), this Notice, and the Order of intervention and unsealing.  All other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court for the sole purpose of discussing the content and extent of the Government's investigation so that the Court could evaluate whether the seal and the deadline for making an election to intervene should be extended.

Under the terms and conditions of the Settlement Agreements among the parties, the United States and Relator will file a Joint Stipulation of Dismissal of the Complaint promptly upon receipt of the payments due from the settling defendants as set forth in the Settlement Agreements.

In light of the Settlement Agreements among the settling parties, the United States does not presently intend to file a complaint-in-intervention but reserves the right to seek leave to file such a complaint in the event the settling defendants fail to pay the Settlement Amounts consistent with the terms of the Settlement Agreements.

Respectfully submitted,

JAY R. COMBS
United States Attorney

/s/ Kevin McClendon
KEVIN MCCLENDON
Assistant U.S. Attorney
Eastern District of Texas
101 E. Park Blvd.; Suite 500
Plano, Texas 75074
E-mail: Kevin.McClendon@usdoj.gov
(972) 509-1201
(972) 509-1209 (fax)
Texas State Bar # 13408620

JAMIE ANN YAVELBERG
EDWARD C. CROOKE
SAMSON O. ASIYANBI
Commercial Litigation Branch
United States Department of Justice
175 N St. N.E., Suite 9.224
Washington, D.C. 20008
(202) 353-1053
Samson.Asiyanbi2@usdoj.gov

**THE UNITED STATES OF AMERICA**                **ATTORNEYS FOR**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on this 18th day of May, 2026, I caused copies of the United States of America's Notice of Intervention in Part and Declination in Part for Settlement Purposes to be served by electronic mail on:

Rachel V Rose
Rachel V. Rose Attorney at Law, PLLC
P.O. Box 22718
Houston TX 77227
Tel: (713) 907-7442
rvrose@rvrose.com

> */s/ Kevin McClendon*
> KEVIN MCCLENDON